

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| Holly Goralewicz, and Shawna Burley<br>    Plaintiff,<br>v.<br><br>STATE OF OKLAHOMA EX REL The Department Of Human Services, TANYA MOISER, IN HER INDIVIDUAL AND OFFICIAL CAPACITY, CALVIN KELLY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, AND EUGENE GISSANDANER, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY,<br>    Defendant. | No. CJ-2019-1513<br>**(Civil relief more than $10,000: OTHER <..DESCRIPTION OF ACTION..>)**<br><br>Filed: 03/19/2019<br><br>Judge: Timmons, Aletia Haynes |

## PARTIES

Burley, Shawna, Plaintiff
Gissandaner, Eugene, Defendant
Goralewicz, Holly, Plaintiff
Kelly, Calvin, Defendant
Moiser, Tanya, Defendant
The Department Of Human Services, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| Bushnell, Katherine (Bar #34196)<br>BUSSETT LEGAL GROUP PLLC<br>2201 N. CLASSEN BLVD.<br>OKLAHOMA CITY, OK 73106 | Goralewicz, Holly<br>Burley, Shawna |

## EXHIBIT 1

| Attorney | Represented Parties |
|---|---|
| BUSSETT, RACHEL L (Bar #19769)<br>2201 N CLASSEN BLVD<br>OKLAHOMA CITY, OK 73106 | Goralewicz, Holly<br>Burley, Shawna |
| LANGFORD, JOHN K. F. (Bar #21012)<br>ASST. GENERAL COUNSEL<br>DEPT OF HUMAN SERVICES<br>P.O. BOX 25352<br>OKLAHOMA CITY, OK 73125 | Kelly, Calvin<br>Moiser, Tanya<br>The Department Of Human Services,<br>Gissandaner, Eugene |
| WEITMAN, M DANIEL (Bar #17412)<br>Assistant Atty General<br>Litigation Division<br>313 N.E. 21st Street<br>OKC, OK 73105 | Gissandaner, Eugene<br>Kelly, Calvin<br>Moiser, Tanya<br>The Department Of Human Services, |

# EVENTS

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**   Issue: OTHER <..DESCRIPTION OF ACTION..> (OTHER)
Filed By: Goralewicz, Holly
Filed Date: 03/19/2019

| Party Name | Disposition Information |
|---|---|
|  | Pending. |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 03-19-2019 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 03-19-2019 | OTHER | OTHER <..DESCRIPTION OF ACTION..> | | | |
| 03-19-2019 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 03-19-2019 | PFE1 | PETITION | | | $ 163.00 |

## EXHIBIT 1

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 03-19-2019 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 03-19-2019 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 03-19-2019 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 03-19-2019 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 03-19-2019 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 03-19-2019 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 03-19-2019 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 03-19-2019 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 03-19-2019 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 03-19-2019 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 03-19-2019 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 03-19-2019 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 03-19-2019 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 03-19-2019 | SMF | SUMMONS FEE (CLERKS FEE) | | | $ 10.00 |
| 03-19-2019 | EAA | ENTRY OF APPEARANCE BY RACHEL BUSSETT, ATTORNEY FOR PLAINTIFFS<br>Document Available (#1042942963) 📄TIFF 📄PDF | | | |
| 03-19-2019 | P | PETITION<br>Document Available (#1043157431) 📄TIFF 📄PDF | | | |

## **EXHIBIT 1**

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 03-19-2019 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE TIMMONS, ALETIA HAYNES TO THIS CASE. | | | |
| 03-19-2019 | ACCOUNT | RECEIPT # 2019-4563868 ON 03/19/2019. PAYOR: RACHEL BUSSETT /BUSSETT LEGAL GROUP PLLC TOTAL AMOUNT PAID: $ 242.14. LINE ITEMS: CJ-2019-1513: $173.00 ON AC01 CLERK FEES. CJ-2019-1513: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL. CJ-2019-1513: $1.66 ON AC31 COURT CLERK REVOLVING FUND. CJ-2019-1513: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES. CJ-2019-1513: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND. CJ-2019-1513: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY. CJ-2019-1513: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS. CJ-2019-1513: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND. CJ-2019-1513: $25.00 ON AC79 OCIS REVOLVING FUND. CJ-2019-1513: $10.00 ON AC81 LENGTHY TRIAL FUND. CJ-2019-1513: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY. | | | |
| 05-23-2019 | NO | NOTICE OF ADDRESS CHANGE<br>Document Available (#1043898568) TIFF PDF | | | |
| 09-17-2019 | AMP | FIRST AMENDED PETITION<br>Document Available (#1044435931) TIFF PDF | | | |
| 05-01-2020 | EAA | ENTRY OF APPEARANCE KATHERINE BUSHNELL AS ATTORNEY FOR PLAINTIFFS<br>Document Available (#1046215132) TIFF PDF | | | |
| 10-09-2020 | MOAW | MOTION TO WITHDRAW AS ATTORNEY<br>Document Available (#1047840119) TIFF PDF | | | |

## **EXHIBIT 1**

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 12-03-2020 | SMF | SUMMONS FEE (CLERKS FEE)X4 | | | $ 40.00 |
| 12-03-2020 | ACCOUNT | RECEIPT # 2020-4911878 ON 12/03/2020.<br>PAYOR: BUSSETT LEGAL GROUP, PLLC TOTAL AMOUNT PAID: $ 40.00.<br>LINE ITEMS:<br>CJ-2019-1513: $40.00 ON AC01 CLERK FEES. | | | |
| 12-28-2020 | EAA | SPECIAL ENTRY OF APPEARANCE<br>Document Available (#1048443392) TIFF PDF | | | |
| 12-30-2020 | SPAPP | SPECIAL ENTRY OF APPEARANCE<br>Document Unavailable (#1048106718) | | | |

## **EXHIBIT 1**